Benjamin L. Dodge, Esq. (#024887)
**DODGE & VEGA, PLC**
4824 E Baseline Rd, Suite 124
Mesa, Arizona 85206
Telephone: (480) 656-8333
Facsimile: (480) 656-8334
ben@dodgevegalaw.com
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| VERONICA LORRAINE MARIN-RUBAL, | Case No. 4:18-bk-04443-BMW |
| Debtor. | **WITHDRAWAL OF OBJECTION TO SECURED PROOF OF CLAIM NO. 4 FILED BY HLS OF NEVADA, LLC** |

NOTICE IS GIVEN, Debtor, Veronica Lorraine Marin-Rubal, by and through counsel, files this Withdrawal of Objection to Secured Proof of Claim No. 4 filed by HLS of Nevada, LLC (aka Nevada West Financial). Debtor filed the Objection to the Proof of Claim No. 4 on June 8, 2018, on the grounds that the proof of claim included interest rate at 24.0% on the secured debt. HLS has no objection to the reduced interest rate stated in Debtor's proposed Stipulated Order Confirming Plan, and has agreed to sign the Stipulated Order Confirming Plan confirming its approval of same.

Dated: June 25, 2018.

DODGE & VEGA, PLC

By: /s/ BLD 024887
Benjamin L. Dodge

| | |
|---|---|
| 1 | Filed Electronically with the United States Bankruptcy Court on |
| 2 | June 25th, 2018. |
| 3 | With a copy of the foregoing mailed on |
| 4 | June 25th, 2018 to: |
| 5 | Dianne Crandell Kerns |
| | Chapter 13 Trustee |
| 6 | 7320 N. La Cholla #154-413 |
| 7 | Tucson, AZ 85741-2305 |
| 8 | HLS of Nevada, LLC |
| | P.O. Box 94703 |
| 9 | Las Vegas, NV 89193 |
| 10 | Jeremy M. Goodman |
| | Goodman Law PLLC |
| 11 | P.O. Box 90758 |
| 12 | Phoenix, AZ 85066 |
| 13 | Americredit Financial Services, Inc., dba GM Financial |
| | P.O. Box 183853 |
| 14 | Arlington, TX 76096 |
| 15 | Leonard J. McDonald, Jr. |
| 16 | Tiffany & Bosco, P.A. |
| | Seventh Floor Camelback Esplanade II |
| 17 | 2525 E. Camelback Road |
| | Phoenix, AZ 85016 |
| 18 | |
| 19 | By:/s/ Kaci Brown |